862

No. 90–5106.  BORRERO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–5107.  BRUCHHAUSEN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–5110.  BAGGETT v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5111.  CAMACHO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 90–5113.  NEAL v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 90–5114.  RICE v. DOYLE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–5117.  NATAL v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 90–5118.  KERAN v. MORRIS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 90–5119.  McGANN v. CUNNINGHAM, WARDEN, ET AL. C. A. 1st Cir.  Certiorari denied.

No. 90–5120.  McLEE v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–5121.  MOORE v. PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 90–5122.  MARGETIS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–5124.  ALTON v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 90–5125.  BRAWLEY v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE.  C. A. 5th Cir.  Certiorari denied.

No. 90–5126.  TRAVERSO v. ISRAEL ET AL.  C. A. 4th Cir. Certiorari denied.